[No. 59769-8-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ADREN D. CONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05721-6, Joan E. DuBuque, J., entered March 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59843-1-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY MAXWELL RABON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03299-8, Ronald L. Castleberry, J., entered April 6, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59928-3-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE DEAN LEDERLE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00376-5, John M. Meyer, J., entered March 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59996-8-I.   Division One.   July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY VISCUSSI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02822-2, Michael T. Downes, J., entered April 5, 2007. *Affirmed* by unpublished per curiam opinion.